Commonwealth ex rel. Rook, Appellant, *v.* Myers.

Submitted November 22, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Elmer L. Rook,* appellant, in propria persona.

*H. F. Bonno,* District Attorney, for appellee.

OPINION PER CURIAM, January 4, 1961:
The order of the court below denying the relator's petition for a writ of habeas corpus is affirmed.